UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JORDAN STELZER, | Case No. 3:22-CV-00425-MMD-CLB |
|---|---|
| Plaintiff | **ORDER DIRECTING PLAINTIFF TO FILE NEW *IN FORMA PAUPERIS* APPLICATION – LONG FORM** |
| v. | |
| TELEPERFORMANCE USA, | [ECF No. 4] |
| Defendant. | |

Plaintiff Jordan Stelzer ("Plaintiff") has filed a request to proceed *in forma pauperis* ("IFP") (ECF No. 1). Upon initial review of the documents filed, the Court found that Plaintiff's declaration was insufficient for the Court to act on the application. Thus, the Court ordered Plaintiff to file a new long form IFP application or pay the full filing fee by October 21, 2022. (ECF No. 3.)

On October 21, 2022, Plaintiff filed a notice of request for continuance to seek legal counsel, (ECF No. 4), but did not otherwise comply with the Court's order directing the filing of a new IFP form or payment of the filing fee. Plaintiff asks for 90 to 120 days to find legal counsel and further states he is unable to pay the filing fee.

While the Court is sympathetic to Plaintiff's *pro se* status, Plaintiff is still required to comply with this Court's orders, the Federal Rules of Civil Procedure, and the Local Rules. Thus, the Court will grant, in part, Plaintiff's request for an extension of time to comply with the Court's prior order to file a new long form IFP application **or** pay the full filing fee. This does not preclude Plaintiff from obtaining counsel and he may do so at any time during the litigation, but he must properly comply with the Court's order to file a proper IFP application or pay the filing fee regardless of whether he has counsel or not.

Accordingly, **IT IS ORDERED** that Plaintiff's motion to extend time, (ECF No. 4), is **GRANTED, IN PART.**

**IT IS FURTHER ORDERED** that by **Monday, November 21, 2022**, Plaintiff must either: (1) **file** the fully complete application to proceed IFP with the Clerk of Court; **or** (2)

**pay** the full filing fee of $402 (consisting of the $350 filing fee and $52 administrative fee).

**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely file a completed IFP application **or** pay the filing fee, the Court will recommend dismissal of this action without prejudice. No further extensions of time will be granted with respect to the filing of the IFP application or payment of the filing fee absent extraordinary circumstances.

**IT IS SO ORDERED.**

DATED: October 21, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**