UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JORDAN CONNER STELZER, | Case No. 3:22-cv-00425-MMD-CLB |
| Plaintiff, | ORDER |
| v. | |
| TELEPERFORMANCE USA, | |
| Defendant. | |

*Pro se* Plaintiff Jordan Conner Stelzer sued Defendant Teleperformance USA for employment discrimination (ECF No. 1-1). Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla L. Baldwin (ECF No. 6), recommending that the Court dismiss the case without prejudice. Stelzer's objection to the R&R was due December 12, 2022. To date, Stelzer has not objected to the R&R. For this reason, and as explained below, the Court will adopt the R&R in full and dismiss the case.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but only if, one or both parties file objections to the findings and recommendations.") (emphasis in original). Judge Baldwin provided Stelzer multiple opportunities to file a new application to proceed *in forma pauperis* ("IFP Application") or pay the full filing fee. (ECF Nos. 3, 5.) Despite Judge Baldwin's warning that Stelzer's failure to comply with the order may result in dismissal of his case, Stelzer did not pay the filing fee, file a fully complete long form IFP Application by November 21, 2022, or otherwise respond to Judge Baldwin's October 21, 2022, order. (ECF No. 5.) *See Malone v. U.S. Postal Serv*., 833 F.2d 128, 130 (9th Cir. 1987); *Ferdik v. Bonzelet*,

963 F.2d 1258, 1262 (9th Cir. 1992). Accordingly, the Court adopts Judge Baldwin's R&R in full and dismisses the case without prejudice.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 6) is accepted and adopted in full.

It is further ordered that Stelzer's IFP Application (ECF No. 1) is denied as moot.

It is further ordered that this action is dismissed without prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 28th Day of December 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE